H. Jayne Ahn, Esq.
California State Bar No. 234002
Law Office of H. Jayne Ahn
2005 De La Cruz Blvd. Ste. 265
Santa Clara, CA 95050
Telephone: (408) 982-0998
Facsimile: (408) 982-0997
Email: bankruptcy.law@mail.com

Attorney for Debtor

UNITED STATES BANKRTUPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br>Seog Won Yoo and<br>Jeong Sun Yoo,<br>　　　　　Debtors.<br>_____ | Case No. 09-70929<br><br>Chapter 7<br><br>DECLARATION CONCERNING<br>TIMELY SUBMISSION OF<br>TAX DOCUEMTNS |

  Debtors' counsel of record in the above-captioned bankruptcy case respectfully submits this Declaration Concerning Timely Submission of Tax Documents in response to the Trustee's declaration that the Debtors failed to submit a copy of their federal income tax return (s) to the Trustee as required by 11 U.S.C. Section 521(e)(2)(A)(i), and the court's Order and Notice regarding the above matter, and in support thereof, states as follows:

///

///

///

- 1 -

1. The Debtors filed their Chapter 7 bankruptcy case on November 16, 2009.
2. The 341 Meeting of Creditors was first scheduled to be held on December 8, 2009.
3. On November 24, 2009, the Debtors' counsel faxed copies of their federal income tax return and paystubs to the Trustee's Office. See Exhibit 1 including the Fax Confirmation Report.
4. On or about December 7, 2009, the Trustee filed the declaration regarding the tax documents.
5. On the morning of December 8, 2009, after several failed attempts to communicate with the Trustee's Office, Debtors' counsel faxed the Debtors' tax return again, but remained uncertain whether the Trustee has received the fax this time and whether the 341 meeting would be continued. See Exhibit 2.
6. The Debtors' counsel usually doesn't have this type of communication problem when she is able to communicate with trustees electronically because with emails,
   (a) the sender is immediately notified if there was any problem with the transmission; and (b) the recipient has a soft copy of the filed documents in case the original hard copies are lost or damaged.

I, H. Jayne Ahn, the counsel of record for the debtor and the joint debtor in the above captioned bankruptcy case, declare, under penalty of perjury that the foregoing statements about timely submission of tax documents are true and accurate.

This declaration was executed on December 8, 2009, at Santa Clara, California.
.

Dated: December 8, 2009          /s/ H. Jayne Ahn
                                  Attorney for Debtors